UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONICIO MAGANA-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden Imperial Regional Detention Center, et al.,<br><br>Respondents. | Case No.: 26-CV-2952 JLS (MSB)<br><br>**ORDER DENYING REQUEST FOR ATTORNEY'S FEES WITHOUT PREJUDICE AND DISMISSING CASE**<br><br>(ECF No. 5) |

On May 18, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 5), and Petitioner was released (ECF No. 6). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 22. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 7. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

26-CV-2952 JLS (MSB)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the Clerk **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 22, 2026

Hon. Janis L. Sammartino
United States District Judge

2

26-CV-2952 JLS (MSB)